Name & Address

```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                 JUL 23 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 08-1633M-1 |
| v. | |
| EONA ODILIA FUNES | NOTICE OF DEFENDANT'S FAILURE TO SATISFY CONDITION(S) OF BOND; ORDER THEREON |
| DEFENDANT(S). | |

To: United States District/ Magistrate Judge __OLGUIN__

Defendant __EONA ODILIA FUNES__ was released and ordered to satisfy the following condition(s) of the bond on or before __7/21/08__:

☐ _____ cash
☐ Affidavit of surety - **Full Justification**
☐ With deeding of property
☐ Affidavit of surety - **No Justification**
☑ Other __PASSPORT DECLARATION NOT SUBMITTED ON OR BEFORE 7/21/08__

Said condition(s) have **not** been satisfied as of this date and, therefore, bond has not been posted. Please check the appropriate box below and sign to indicate the action you would like taken.

Clerk, U. S. District Court

__7/22/08__                     By __DARYL REYNO__
Date                                Deputy Clerk

================================================================================

**IT IS HEREBY ORDERED:**
☐ Court clerk to issue bench warrant
☐/ Court clerk to contact defense/government counsel and arrange a status conference as soon as possible
☑ Other __Pursuant to defense counsel, defendant will remain in custody at this time.__

__7/23/08__                     __F__ __M. Olg__
Date

cc: Counsel for defendant      Deputy Chief, Complaints Unit, USAO      PSA